UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 3  2 33 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

------------------------------------------------X
WILLIAM F. CLEMENS, III,

                Plaintiff,

    -against-                        CIVIL ACTION NO. 03-CV-179 (JBA)

STATE OF CONNECTICUT,
Department of Transportation,
FREDERICK J. SANDERS,                  October 2, 2003
(in his individual and official capacities),
STEPHEN E. COCHRAN,
(in his individual and official capacities),
and CHARLES DRDA,
(in his individual and official capacities),

                Defendants.
------------------------------------------------X

### PLAINTIFF'S FIRST MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to the Federal Rules of Civil Procedure and Rule 9 of the Local Rules for this Court, Plaintiff respectfully requests a thirty day extension of time -- until November 5, 2003 -- in which to file his Responses to Defendant's First Set of Interrogatories and Request for Production of Documents. In support of this Motion, Plaintiff states as follows:

1. Defendant's Interrogatories and Requests for Production were sent by regular mail on September 2, 2003. Therefore, under the applicable rules, Plaintiff's Responses would be due on or about October 6, 2003.

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

FILED
Oct 15 11 47 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

*[Margin annotations:]*
Janet Bond Arterton, U.S.D.J.

10/07/03: Motion GRANTED, with consent, to and including 11/5/03.
IT IS SO ORDERED.
Dated at New Haven, Connecticut.

2. Due to the need to spend additional time to obtain relevant documents and formulate appropriate responses, Plaintiff requires an additional thirty days in which to file said responses.

3. Counsel for Defendant, Eleanor May Mullen, has stated that she consents to the granting of this motion.

WHEREFORE, Plaintiff respectfully requests a thirty-day extension of time, until November 5, 2003, in which to file his Responses to Defendant's First Set of Interrogatories and First Request for Production of Documents.

                                              Plaintiff,
                                              William F. Clemens, III

                                              By_____
                                              Craig T. Dickinson
                                              Federal Bar No. ct18053
                                              Madsen, Prestley & Parenteau, LLC
                                              44 Capitol Ave., Suite 201
                                              Hartford, CT 06106
                                              Tel: (860) 246-2466
                                              Fax: (860) 246-1794

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on October 2, 2003, to the following counsel of record:

Eleanor M. Mullen
Office of the Attorney General
55 Elm Street – P.O. Box 120
Hartford, CT 06106

Craig T. Dickinson