UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM F. CLEMENS, III  *Plaintiff* | : CIVIL ACTION NO.<br>: 03-CV-179 (JBA)<br>: |
| v. | : |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF TRANSPORTATION<br>ET AL.<br>  *Defendants* | :<br>:<br>:<br>: October 10, 2003 |

**DEFENDANT'S FIRST MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS NUNC PRO TUNC**

Pursuant to the Federal Rules of Civil Procedure and Rule 9 of the Local Rules of this Court, the defendants respectfully request a thirty (30) day extension of time up to and including November 8, 2003 to respond to Plaintiff's First Set of Interrogatories and Requests For Production... In support of this Motion, defendants state as follows:

1. Plaintiff's Interrogatories and Requests For Production were sent by regular mail on September 8, 2003. Therefore, under the applicable rules, defendants' responses were due on or about October 8, 2003.

2. Due to a trial in Hartford Superior Court which has taken longer than expected, the undersigned has not been able to meet with the defendants to formulate appropriate responses and accordingly, requires an additional thirty days in which to file said responses.

3. Counsel for the plaintiff, Craig Dickinson, has stated that he consents to the granting of this motion.

WHEREFORE, defendants respectfully request a thirty (30) day extension of time, until November 8, 2003, in which to file their Reponses to Plaintiff's First Set of Interrogatories and Request for Production of Documents.

          DEFENDANT
          STATE OF CONNECTICUT,
          DEPARTMENT OF TRANSPORTATION
          ET AL.

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

BY: _____
     Eleanor May Mullen
     Assistant Attorney General
     Federal Bar No. 22430
     55 Elm Street
     P.O. Box 120
     Hartford, CT 06141-0120
     Tel: (860) 808-5340
     Fax: (860) 808-5385
     E-Mail Address:
     eleanor.mullen@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS NUNC PRO TUNC was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 10th day of October, 2003, first class postage prepaid to:

Craig T. Dickinson
Madsen Prestley & Prestley, LLC
44 Capitol Ave., Suite 201
Hartford, CT 06106

Eleanor May Mullen
Assistant Attorney General