

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM F. CLEMENS, III<br>*Plaintiff* | : | CIVIL ACTION NO.<br>03-CV-179 (JBA)<br>NEW HAVEN, CONN. |
| v. | : | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF TRANSPORTATION<br>ET AL.<br>*Defendants* | : | October 10, 2003 |

**DEFENDANT'S FIRST MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS NUNC PRO TUNC**

Pursuant to the Federal Rules of Civil Procedure and Rule 9 of the Local Rules of this Court, the defendants respectfully request a thirty (30) day extension of time up to and including November 8, 2003 to respond to Plaintiff's First Set of Interrogatories and Requests For Production... In support of this Motion, defendants state as follows:

1. Plaintiff's Interrogatories and Requests For Production were sent by regular mail on September 8, 2003. Therefore, under the applicable rules, defendants' responses were due on or about October 8, 2003.

2. Due to a trial in Hartford Superior Court which has taken longer than expected, the undersigned has not been able to meet with the defendants to formulate appropriate responses and accordingly, requires an additional thirty days in which to file said responses.

3. Counsel for the plaintiff, Craig Dickinson, has stated that he consents to the granting of this motion.

ORDERED ACCORDINGLY
/s/ Rowe
U.S. District Court