UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM F. CLEMENS, III,<br>*Plaintiff* | CIVIL ACTION NO.<br>03-CV-179 (JBA) |
| v. | |
| STATE OF CONNECTICUT<br>DEPARTMENT OF TRANSPORTATION<br>ET AL.,<br>*Defendants* | October 23, 2003 |

## STATUS REPORT

Pursuant to the Court's scheduling order, dated September 8, 2003, the defendants submit the following status report:

(a) Status of Case: There are no pending motions. Plaintiff filed his responses to Defendants' First Set of Interrogatories and Requests For Production on October 10, 2003, after being granted a thirty day extension of time by the Clerk. Defendants' responses to Plaintiff's First Set of Interrogatories and Requests For Production are due on or about November 5, 2003, a thirty day extension of time having been granted by the Clerk. Discovery is scheduled to be closed by January 2, 2004 and defendants intend to file a summary judgment motion on or before March 2, 2004, the deadline for filing such motion having been set by the scheduling order.

(b) Interest in Referral: Defendants do not desire referral to the District's Special Masters program but are not opposed to referral to a United States Magistrate Judge although they see no potential for settlement at this time.

(c) The defendants will consent to a trial before a magistrate judge.

(d) Defendants anticipate the trial to take four days.

DEFENDANT
STATE OF CONNECTICUT
DEPARTMENT OF TRANPORTATION
ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *Eleanor May Mullen*
Eleanor May Mullen
Assistant Attorney General
Federal Bar No. 22430
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-Mail Address:
eleanor.mullen@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing **Status Report** was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 23rd day of October, 2003, first class postage prepaid to:

Craig T. Dickinson, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capitol Ave., Suite 201
Hartford, CT 06106

Eleanor May Mullen
Assistant Attorney General