UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEMENS | : | |
| v. | : | NO. 3:03cv179 (JBA) |
| DOT | : | |



### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge **JOAN G. MARGOLIS**, for the following purpose(s):

✔ - Settlement Conference:
    *(Orefmisc.cnf)*

- Supervising discovery and resolving discovery disputes:
    *(Orefmisc.dscv)*

- Ruling:
    *(Orefm.)*

- Referred for hearing:
    *(Orefcs.)*

IT IS SO ORDERED.

_____
Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut: **October 29, 2003**