IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------x
:
WILLIAM F. CLEMENS, III              :   3:03CV179(JBA)
:
v.                                   :
:
DEPT. OF TRANSPORTATION,              :   NOVEMBER 3, 2003
ET AL.                                :
------------------------------------------------x

## ORDER

On October 29, 2003, Judge Janet Bond Arterton referred <u>William F. Clemens, III v. Dept. of Transportation, et al.</u> to this Magistrate Judge. (<u>See</u> Dkt. #33). For the duration of this Magistrate Judge's involvement with this file, courtesy copies of all filings should be forwarded to her Chambers, at 141 Church Street, Room 303, New Haven, Connecticut 06510.

Dated at New Haven, Connecticut, this 3rd day of November, 2003.

_____
Joan G. Margolis
U.S. Magistrate Judge

AO 72A
(Rev. 8/82)