UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 12  4 34 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| WILLIAM F. CLEMENS, III<br>*Plaintiff*<br><br>v.<br><br>STATE OF CONNECTICUT,<br>DEPARTMENT OF TRANPORTATION,<br>ET AL.<br>*Defendants* | :<br>:<br>: CIVIL ACTION NO.<br>: 03-CV-179 (JBA)<br>:<br>:<br>:<br>:<br>: NOVEMBER 6, 2003 |

## ORDER

The issue of the production of plaintiff's personnel file from his employers since March 30, 2001, having come before this Court, the Court finds that such records shall be produced pursuant to the rules of discovery and pursuant to Conn. Gen. Stat. §31-128f(2).

Accordingly, it is hereby ordered that the above-described complete personnel file of plaintiff as it relates to his application and hiring, salary over time and benefits and any other requisites of employment shall be produced directly to the Office of the Attorney General by said employers no later than December 15, 2003. Plaintiff shall execute a release of authorization of employment records which shall accompany this order forthwith.

_7 November 2003_
Dated

_____
The Honorable Janet B. Arterton