UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Dec 9  2 :09 PM '03

| | |
|---|---|
| WILLIAM F. CLEMENS, III<br>*Plaintiff* | : CIVIL ACTION NO.<br>: 03-CV-179 (JBA) |
| v. | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF TRANSPORTATION,<br>ET AL.<br>*Defendants* | :<br>:<br>:<br>: December 8, 2003 |

## APPEARANCE

Please enter Joseph A. Jordano, Assistant Attorney General, as counsel of record for defendants State of Connecticut, Department of Transportation; Frederick J. Sanders, in his individual and official capacities; Stephen E. Cochran, in his individual and official capacities; Charles Drda in his official and individual capacities.

DEFENDANTS
STATE OF CONNECTICUT
DEPARTMENT OF TRANSPORTATION
ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar No. ct22430
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
FAX: (860) 808-5383
Email: joseph.jordano@po.state.ct.us