UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

December 18, 2003

2:00 P.M.

*Held 2:10 - 5:10 (3 hours)*

ALL PARTIES MUST BE AVAILABLE IN PERSON FOR THIS CONFERENCE

CASE NO. 3:03CV179 (JBA)  **Clemens v. DOT**

| | |
|---|---|
| ✓ Craig Thomas Dickinson<br>Madsen & Prestley<br>44 Capitol Ave., 2nd Fl E.<br>Suite 201<br>Hartford, CT 06106<br>860-246-2466 | William F. Clemens, III |
| ✓ Eleanor M. Mullen<br>Attorney General's Office<br>Employment Rights<br>55 Elm St., PO Box 120<br>Hartford, CT 06141-0120<br>860-808-5340<br>eleanor.mullen@po.state.ct.us | Dept. of Transportation<br>Charles Drda<br>Frederick J. Sanders<br>Stephen E. Cochran |

*Joe Jordano*
*Brian Castler*
*Art Gruhn*
*Wanda Seldon*
*Chuck Drda*
*Wil Clemens*

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK