*[Handwritten note in left margin:]* 12/18/03 — By agreement of counsel during today's conference, this motion is denied without prejudice as moot, in light of plaintiff's agreement to serve a supplemental response by 12/3/03 or such other date agreed to by counsel. /s/ J.B.A., U.S.D.J.

*[Handwritten:]* #60

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| WILLIAM T. CLEMENS, III<br>*Plaintiff* | : | CIVIL ACTION NO.<br>3:03-CV-179 (JBA) |
| v. | : | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF TRANSPORTATION<br>ET AL.,<br>*Defendants* | :<br>:<br>: | November 21, 2003 |

*[Filed stamp: NOV 24 2 59 PM '03, DISTRICT COURT, NEW HAVEN, CONN.]*

### MOTION TO COMPEL

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Local Rule 37, the defendants respectfully request that this Court order the plaintiff to cooperate in discovery by responding to their Interrogatories and Requests for Production, dated November 26, 2002. In support of their motion, the Defendants represent as follows:

1. The defendants sent Defendants' Interrogatories and Requests for Production to the plaintiff, William T. Clemens, on September 2, 2003. A copy of the certification for said Interrogatories is appended hereto as Attachment A.

2. The plaintiff filed his responses to the above Interrogatories and Requests for Production on October 10, 2003 and included several non-responsive answers to Interrogatories # 15, 17, and 19 in violation of Rule 37(a)(3). A copy of said responses are appended hereto as Attachment B.

3. The non-responsiveness of said answers based on their reference to the allegations of the First Amended Complaint was discussed at a status conference in the above entitled matter before Judge Arterton on October 28, 2003. Judge Arterton at said conference

*[Filed stamp: DEC 19 11 27 AM '03, DISTRICT COURT, NEW HAVEN, CONN.]*