UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM F. CLEMENS, III<br>*Plaintiff* | :<br>:<br>: |
| v. | : CIVIL ACTION NO.<br>: 03-CV-179 (JBA) |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF TRANPORTATION,<br>ET AL.<br>*Defendants* | :<br>:<br>:<br>:<br>: DECEMBER 16, 2003 |

### JOINT MOTION FOR PROTECTIVE ORDER

This action alleges employment discrimination arising from plaintiff's former position with the Department of Transportation ("DOT"). In order to protect the privacy interests of plaintiff, regarding the medical records of his primary care physician for the last ten years as well as the medical records of any physician who treated plaintiff for any emotional conditions for the same period, any such information produced in discovery in the above-entitled matter shall be treated as follows:

1. Discovery responses shall be disclosed only to counsel for the parties, expert witnesses and to the court, if any. Such information shall not be further disclosed except as authorized below.

2. Attorneys for the parties may disclose and discuss discovery responses which include plaintiff's above-described medical records to and with expert witnesses and their clients to the limited extent necessary to litigate this matter.

3. Should attorneys for the parties find it necessary to disclose said medical documents pertaining to plaintiff to persons other than their clients or expert witnesses, they shall provide appropriate advance notice to opposing counsel. If, within ten(10) business days of such notice,

opposing counsel fails to give approval for such disclosure, the counsel seeking the disclosure may make an appropriate application for the proposed disclosure to the Court.

4. Any person to whom disclosure of protected records and information is made pursuant to paragraphs 2, 3, and 4, supra, shall sign an acknowledgment that they have read this Protective Order and agree to abide by its terms.

5. At the close of litigation the above-described protected records and information shall be returned to plaintiff's counsel within ten (10) days.

DEFENDANTS
STATE OF CONNECTICUT
DEPARTMENT OF TRANSPORTATION
ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *Eleanor May Mullen*
Eleanor May Mullen
Assistant Attorney General
Federal Bar No. ct022430
P.O. Box 120, 55 Elm Street
Hartford, CT  06141-0120
Tel: (860) 808-5340
FAX: (860) 808-5385
Email: eleanor.mullen@po.state.ct.us

PLAINTIFF
WILLIAM R. CLEMENS, III

*Craig T. Dickinson*
Craig T. Dickinson
Federal Bar No. Ct18053
Madsen, Prestley & Prestley, LLC
44 Capitol Ave., Suite 201
Hartford, CT 06106
Tel. (860)246-2466

2

## CERTIFICATION

I hereby certify that the foregoing Joint Motion For Protective Order was ~~sent via facsim-ile~~ *hand-delivered* on this 16th day of December, 2003 to:

Craig T. Dickinson
Madsen, Prestley & Prestley, LLC
44 Capitol Ave., Suite 201
Hartford, CT 06106

_____
Eleanor May Mullen
Assistant Attorney General


## CERTIFICATION

I hereby certify that a copy of the foregoing Joint Motion For Protective Order was sent via facsimile on this 16th day of December, 2003 to:

Eleanor May Mullen
Assistant Attorney General
Office of the Attorney General
55 Elm St.
Hartford, CT 06106-1774

_____
Craig T. Dickinson

3