UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
'04 JAN -5 AM 9:12
U.S. DISTRICT COURT
NEW HAVEN CT

| | | |
|---|---|---|
| WILLIAM T. CLEMENS, III, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:03-CV-179 (JBA) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | | |
| DEPARTMENT OF TRANSPORTATION, | | |
| ET AL., | : | |
| *Defendant* | : | December 22, 2003 |

## JOINT MOTION FOR MODIFICATION OF THE SCHEDULING ORDER

Pursuant to Local Rule 7(b) of the rules of procedure of this Court, the parties in the above-entitled matter respectfully move the Court for modification of the existing Scheduling Order to extend the deadline for completing discovery and for filing dispositive motions for thirty (30) days respectively up to and including February 2, 2003, for completion of discovery and up to and including March 2, 2003 for filing of dispositive motions. In support of this Motion, the undersigned represent as follows:

1. The current Scheduling Order (Endorsement #32, dated October 29, 2003) has set the discovery deadline for January 2, 2003, and the deadline for filing dispositive motions for February 2, 2003.

2. Although both parties made significant progress in the taking of depositions in the above-entitled matter, several of the depositions were not completed requiring their continuance.

3. In addition, a mediation conference was held before Magistrate Judge Margolis on December 18, 2003, during which significant progress was made toward settlement of the case.

4. In the event settlement is not reached, the parties request additional time for completion of the above-described depositions.

WHEREFORE, the parties respectfully request a modification of the Scheduling Order, extending the discovery deadline to February 2, 2003, and the filing of dispositive motions up to and including March 2, 2003.

        PLAINTIFF
        WILLIAM T. CLEMENS, III

BY: _____
Craig T. Dickinson
Federal Bar # ct18053
Madsen, Prestley & Parenteau LLC
44 Capitol Ave.
Hartford, CT 06106

        DEFENDANTS
        STATE OF CONNECTICUT,
        DEPARTMENT OF TRANSPORTATION
        ET AL.

BY:    RICHARD BLUMENTHAL
       ATTORNEY GENERAL

_____
Eleanor May Mullen
Assistant Attorney General
Federal Bar # ct22430
P.O. Box 120
55 Elm Street
Hartford, CT 06141-0120
Tel: (860) 808-5340
Email: eleanor.mullen@po.state.ct.us

CERTIFICATION

I hereby certify that a copy hereof was mailed this 25th day of December, 2003, first class mail postage prepaid to:

Eleanor May Mullen
Assistant Attorney General
55 Elm St.
Hartford, CT 06141-0120

Craig T. Dickinson

CERTIFICATION

I hereby certify that a copy hereof was mailed this 22nd day of December, 2003, first class mail postage prepaid to:

Craig T. Dickinson, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capitol Ave., Suite 201
Hartford, CT 06016

Eleanor May Mullen
Assistant Attorney General