UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Jan 5  1 04 PM '04

U.S. DIST. COURT
N. CONN.

| | |
|---|---|
| WILLIAM T. CLEMENS, III,<br>    *Plaintiff* | :   CIVIL ACTION NO.<br>:   3:03-CV-179 (JBA) |
|     v. | :<br>: |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF TRANSPORTATION,<br>ET AL.,<br>    *Defendant* | :<br>:   December 31, 2003 |

## MOTION FOR MODIFICATION OF THE SCHEDULING ORDER

Pursuant to Local Rule 7(b) of the rules of procedure of this Court, the defendants in the above-entitled matter respectfully move the Court for modification of the existing Scheduling Order to extend the deadline for completing discovery and for filing dispositive motions for thirty (30) days respectively up to and including February 2, 2003, for completion of discovery and up to and including March 2, 2003 for filing of dispositive motions. In support of this Motion, the undersigned represents as follows:

1.    The current Scheduling Order (Endorsement #32, dated October 29, 2003) has set the discovery deadline for January 2, 2003, and the deadline for filing dispositive motions for February 2, 2003.

2.    Although both parties made significant progress in the taking of depositions in the above-entitled matter, several of the depositions were not completed requiring their continuance.

3.    In addition, a mediation conference was held before Magistrate Judge Margolis on December 18, 2003, during which significant progress was made toward settlement of the case.

4.    In the event settlement is not reached, the defendants request additional time for completion of the above-described depositions.

5.    Pursuant to Local Rule 7(b), the undersigned contacted opposing counsel, Craig T. Dickinson, and he has no objection to the granting of this motion.

WHEREFORE, the defendants respectfully request a modification of the Scheduling Order, extending the discovery deadline to February 2, 2003, and the filing of dispositive motions up to and including March 2, 2003.

DEFENDANTS
STATE OF CONNECTICUT,
DEPARTMENT OF TRANSPORTATION
ET AL.

BY:    RICHARD BLUMENTHAL
ATTORNEY GENERAL

Eleanor May Mullen
Assistant Attorney General
Federal Bar # ct22430
P.O. Box 120
55 Elm Street
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax : 860-808-5383
Email:  eleanor.mullen@po.state.ct.us

CERTIFICATION

I hereby certify that a copy hereof was mailed this 31st day of December, 2003, first class

mail postage prepaid to:

Craig T. Dickinson, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capitol Ave., Suite 201
Hartford, CT 06016

_____
Eleanor May Mullen
Assistant Attorney General