UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jan 8  3 07 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

CLEMENS              :

v.                   : NO. 3:03cv179 (JBA)

DOT                  :

### ENDORSEMENT ORDER [DOC. #43]

Joint Motion for Modification of the Scheduling Order [doc. #43] is GRANTED, as follows:

1. All discovery will be completed 2/2/04.

2. Dispositive motions will be filed by 3/1/04 and this matter will be trial ready 9/1/04.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   January 08, 2004