#42

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| WILLIAM T. CLEMENS, III,<br>*Plaintiff* | : CIVIL ACTION NO.<br>: 3:03-CV-179 (JBA) |
| v. | : |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF TRANSPORTATION,<br>ET AL.,<br>*Defendant* | :<br>:<br>: December 22, 2003 |

## JOINT MOTION FOR MODIFICATION OF THE SCHEDULING ORDER

Pursuant to Local Rule 7(b) of the rules of procedure of this Court, the parties in the above-entitled matter respectfully move the Court for modification of the existing Scheduling Order to extend the deadline for completing discovery and for filing dispositive motions for thirty (30) days respectively up to and including February 2, 2003, for completion of discovery and up to and including March 2, 2003 for filing of dispositive motions. In support of this Motion, the undersigned represent as follows:

1. The current Scheduling Order (Endorsement #32, dated October 29, 2003) has set the discovery deadline for January 2, 2003, and the deadline for filing dispositive motions for February 2, 2003.

2. Although both parties made significant progress in the taking of depositions in the above-entitled matter, several of the depositions were not completed requiring their continuance.

3. In addition, a mediation conference was held before Magistrate Judge Margolis on December 18, 2003, during which significant progress was made toward settlement of the case.

2/2/04: Motion GRANTED. See doc. #44 for scheduling deadlines.
IT IS SO ORDERED.
New Haven, CT

(Janet Bond Arterton, U.S.D.J.)