UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM T. CLEMENS, III, *Plaintiff* | : : : | CIVIL ACTION NO. 3:03-CV-179 (JBA) |
| v. | : : | |
| STATE OF CONNECTICUT, DEPARTMENT OF TRANSPORTATION, ET AL., *Defendants* | : : : | January 30, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 7(b) of the rules of procedure of this Court, the defendants in the above-entitled matter respectfully move the Court for an enlargement of time to extend the deadline for completing discovery and for filing dispositive motions for thirty (30) days respectively up to and including March 2, 2003, for completion of discovery and up to and including April 2, 2003 for filing of dispositive motions. In support of this Motion, the undersigned represents as follows:

1. The Scheduling Order (Endorsement #32, dated October 29, 2003) in the above-entitled matter set the discovery deadline for January 2, 2004, and the deadline for filing dispositive motions for February 2, 2004.

2. The parties requested a modification of the above-described scheduling order resetting the deadline for discovery to February 2, 2004, to complete depositions and the deadline for filing of dispositive motions to March 2, 2004 in light of the significant progress made during a mediation conference on December 18, 2003 before Judge Margolis. The Court granted said request by endorsement order, dated January 8, 2004.

4.  Plaintiff submitted his settlement proposal on January 27, 2004 and an additional mediation conference is scheduled for February 18, 2004 before Judge Margolis.

5.  In the event settlement is not reached, the defendants request additional time for completion of discovery and the filing of dispositive motions.

5.  Pursuant to Local Rule 7(b), the undersigned contacted opposing counsel, Craig T. Dickinson, and he has no objection to the granting of this motion.

WHEREFORE, the defendants respectfully request an enlargement of time, extending the discovery deadline to March 2, 2004, and the filing of dispositive motions up to and including April 2, 2004.

DEFENDANTS
STATE OF CONNECTICUT,
DEPARTMENT OF TRANSPORTATION
ET AL.

BY: RICHARD BLUMENTHAL
ATTORNEY GENERAL

Eleanor May Mullen
Assistant Attorney General
Federal Bar # ct22430
P.O. Box 120
55 Elm Street
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: 860-808-5383
Email: eleanor.mullen@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy hereof was mailed this 30th day of January, 2004, first class mail postage prepaid to:

Craig T. Dickinson, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capitol Ave., Suite 201
Hartford, CT 06016

*Eleanor May Mullen*
Eleanor May Mullen
Assistant Attorney General