2/6/04: Motion GRANTED, for good cause shown, and absent objection. Discovery will close: 3/2/04; dispositive motions will be filed 4/2/04.

IT IS SO ORDERED.
Dated at New Haven, Connecticut.

Janet Bond Arterton, U.S.D.J.

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM T. CLEMENS, III,<br>*Plaintiff* | : | CIVIL ACTION NO.<br>3:03-CV-179 (JBA) |
| v. | : | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF TRANSPORTATION,<br>ET AL.,<br>*Defendants* | :<br>:<br>:<br>: | January 30, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 7(b) of the rules of procedure of this Court, the defendants in the above-entitled matter respectfully move the Court for an enlargement of time to extend the deadline for completing discovery and for filing dispositive motions for thirty (30) days respectively up to and including March 2, 2003, for completion of discovery and up to and including April 2, 2003 for filing of dispositive motions. In support of this Motion, the undersigned represents as follows:

1. The Scheduling Order (Endorsement #32, dated October 29, 2003) in the above-entitled matter set the discovery deadline for January 2, 2004, and the deadline for filing dispositive motions for February 2, 2004.

2. The parties requested a modification of the above-described scheduling order resetting the deadline for discovery to February 2, 2004, to complete depositions and the deadline for filing of dispositive motions to March 2, 2004 in light of the significant progress made during a mediation conference on December 18, 2003 before Judge Margolis. The Court granted said request by endorsement order, dated January 8, 2004.