UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Rescheduled Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

February 18, 2004

10:00 A.M.

*Held 10:10 AM — 12:30 PM*
*(2 hr 20 min)*

PARTIES MUST BE AVAILABLE BY TELEPHONE
IF THEY ARE UNABLE TO ATTEND THE CONFERENCE

CASE NO. 3:03CV179 (JBA) **Clemens v. DOT**

✓ Craig Thomas Dickinson
Madsen & Prestley
44 Capitol Ave., 2nd Fl E.
Suite 201
Hartford, CT 06106
860-246-2466

William F. Clemens, III

✓ Joseph A. Jordano
Attorney General's Office
Employment Rights
55 Elm St., PO Box 120
Hartford, CT 06141-0120
860-808-5340
joseph.jordano@po.state.ct.us

Charles Drda
Dept. Of Transportation
Frederick J. Sanders
Stephen E. Cochran

✓ Eleanor M. Mullen
Attorney General's Office
Employment Rights
55 Elm St., PO Box 120
Hartford, CT 06141-0120
860-808-5340
eleanor.mullen@po.state.ct.us

Dept. Of Transportation
Charles Drda
Frederick J. Sanders
Stephen E. Cochran

✓ Brian Cantler – DOT
✓ Arthur Gruhn – DOT
✓ Charles Drda – DOT
✓ Wanda Celdon – DOT
✓ William Clemens, III

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK