UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------
WILLIAM F. CLEMENS, III,

                **Plaintiff**,

  -against-                          CIVIL ACTION NO.: 03-CV-179 (JBA)

STATE OF CONNECTICUT,
Department of Transportation,
FREDERICK J. SANDERS,
(in his individual and official capacities),
STEPHEN E. COCHRAN,
(in his individual and official capacities),    April 7, 2004
and CHARLES DRDA,
(in his individual and official capacities),

                **Defendants.**
-------------------------------------------------------

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Local Rules for this Court, the parties in the above action hereby stipulate to the voluntary dismissal of the entirety of the above-captioned action.  Specifically, the parties voluntarily stipulate to the dismissal of all claims set forth in the above action.  The parties further stipulate that said dismissal is <u>with</u> prejudice and is to occur <u>without</u> the imposition or award of fees or costs.

PLAINTIFF,
William F. Clemens, III

By: _____
William G. Madsen (ct09853)
MADSEN, PRESTLEY & PARENTEAU, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106
Tel: 860-246-2466
Fax: 860-246-1794

DEFENDANTS,
State of Connecticut Department of Transportation, Frederick J. Sanders (in his individual and official capacities), Stephen E. Cochran (in his individual and official capacities), and Charles Drda (in his individual and official capacities)

By: _____
Joseph Jordano (ct21487)
Assistant Attorney General
State of Connecticut Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120