UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------

WILLIAM F. CLEMENS, III,

                Plaintiff,

    -against-                        CIVIL ACTION NO.: 03-CV-179 (JBA)

STATE OF CONNECTICUT,
Department of Transportation,
FREDERICK J. SANDERS,
(in his individual and official capacities),
STEPHEN E. COCHRAN,
(in his individual and official capacities),    April 7, 2004
and CHARLES DRDA,
(in his individual and official capacities),

                Defendants.

---------------------------------------------------

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Local Rules for this Court, the parties in the above action hereby stipulate to the voluntary dismissal of the entirety of the above-captioned action. Specifically, the parties voluntarily stipulate to the dismissal of all claims set forth in the above action. The parties further stipulate that said dismissal is <u>with</u> prejudice and is to occur <u>without</u> the imposition or award of fees or costs.

4/15/04: IT IS SO ORDERED.
Dated at New Haven, Connecticut.

(Janet Bond Arterton, U.S.D.J.)

FILED Apr 19 12:38 PM '04 U.S. DISTRICT COURT NEW HAVEN, CONN.

FILED Apr 14 1:50 PM '04 U.S. DISTRICT COURT NEW HAVEN, CONN.

FILED Apr 14 1:57 PM '04 U.S. DISTRICT COURT NEW HAVEN, CONN.