UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------
WILLIAM F. CLEMENS, III,

            Plaintiff,

     -against-                    CIVIL ACTION NO.: 03-CV-179 (JBA)

STATE OF CONNECTICUT,
Department of Transportation,
FREDERICK J. SANDERS,
(in his individual and official capacities),
STEPHEN E. COCHRAN,
(in his individual and official capacities),    May 25, 2004
and CHARLES DRDA,
(in his individual and official capacities),

            Defendants.
-------------------------------------------------
```

FILED
MAY 27  9 47 AM '04
U.S DISTRICT COURT
NEW HAVEN, CONN.

### MOTION ON CONSENT TO REOPEN CASE
### FOR LIMITED PURPOSE OF RELEASING BOND

Pursuant to Rule 7 of the Local Rules of this Court, the Plaintiff hereby respectfully moves this Honorable Court to reopen this matter for the limited purpose of entering an order to release Plaintiff's bond for security and costs. In support of this motion, the Plaintiff states the following:

1. On May 5, 2003, Defendants moved pursuant to Local Rule 83.3 for an Order requiring Plaintiff to post a bond as security for costs in the amount of five hundred dollars ($500.00).

2. On May 9, 2003, Plaintiff posted five hundred dollars ($500.00) as security for costs.

3. Following two settlement conferences with Magistrate Margolis, the parties reached a negotiated agreement resolving the Plaintiff's claims and Defendants' counterclaims.

4. On April 14, 2004, the parties filed a Stipulation of Dismissal with Prejudice.

5. On April 19, 2004, an order dismissing the case was entered.

6. As a result of the foregoing, there is no longer any reason to retain the Plaintiff's five hundred dollars ($500.00) as security for costs.

7. Plaintiff's counsel has discussed this situation with defense counsel, Assistant Attorney General Joseph Jordano. He does not oppose this motion.

WHEREFORE THE Plaintiff respectfully requests that this matter be reopened for the limited purpose of releasing Plaintiff's five hundred dollars ($500.00) as security for costs.

PLAINTIFF,
WILLIAM F. CLEMENS, III

BY: _____
Craig T. Dickinson (ct18053)
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106
(860) 246-2466

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed this date to all counsel and pro se parties of record, including:
Joseph Jordano
Eleanor M. Mullen
Office of the Attorney General
55 Elm Street
Hartford, CT 06141

_____
Craig T. Dickinson