UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLEMENS            :

v.                 : NO. 3:03cv179 (JBA)

DOT                :

### ENDORSEMENT ORDER [DOC. #52]

Construing plaintiff's motion as a Motion for Return of Bond, it is GRANTED, absent objection. The Clerk is directed to return to bond posted in the amount of $500.

IT IS SO ORDERED.

/Janet Bond Arterton/, U.S.D.J.

Dated at New Haven, Connecticut:   June 01, 2004